1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEANDRE CERRONE SCOTT,

11              Petitioner,              No. CIV S-10-2492 WBS GGH P

12        vs.

13   MIKE McDONALD,

14              Respondent.              <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a

17   petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Therein, petitioner challenges

18   his 2008 conviction for first degree murder on two grounds: 1) trial court error abuse of

19   discretion when jury was given a supplemental "firecracker" instruction after court became aware

20   the jury was deadlocked with a hold-out juror, resulting in a coerced verdict; petitioner appears to

21   combine that claim with one for ineffective assistance of counsel to the extent the issue may be

22   deemed waived by his counsel's actions/omissions; 2) trial court error in giving flight instruction

23   where there was no substantial evidence of flight immediately after commission of crime, or the

24   accusation of a crime having been committed.  Petition, pp. 1, 7, 28-53.  Pursuant to the order,

25   filed on 10/08/10, respondent filed an answer on 12/06/10.  On 1/19/11, petitioner filed a motion

26   for a stay.

1

1    Petitioner, instead of filing a traverse/reply, now seeks a stay based on his having

2  filed, in October of 2010, a habeas corpus petition in the state superior court seeking to exhaust

3  five additional claims, which the court will number as 3 through 7; claim 3: insufficient evidence

4  to support conviction/actual innocence; claim 4: prosecutorial misconduct; claim 5: ineffective

5  assistance of trial and appellate counsel; claim 6: prosecution failed to prove every element

6  (intent, malice aforethought, premeditation) to prove first degree murder; claim 7: prejudice by

7  trial court abuse of discretion in permitting jury to hear misstated evidence by prosecution

8  without sua sponte admonition.  Motion, pp. 1-2.

9    Before the court considers the motion, the undersigned will require a response

10  from respondent.

11    Accordingly, IT IS HEREBY ORDERED that respondent submit a response to

12  petitioner's motion for a stay, pending exhaustion of additional claims in state court, within

13  twenty-eight days.

14  DATED: February 3, 2011

15

16    /s/ Gregory G. Hollows

17  GGH:009
    scot2492.ord
    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

2