IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANDRE CERRONE SCOTT,

    Petitioner,                    No. CIV S-10-2492 WBS GGH P

    vs.

MIKE McDONALD,

    Respondent,

ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 30, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Although on May 6, 2011, petitioner was granted an extension of time to file objections, neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

ORDERED that:

1. The findings and recommendations filed March 30, 2011, are adopted in full; and

2. Petitioner's January 19, 2011, motion for a stay, pending exhaustion of additional claims in state court, is denied.

DATED:  June 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2