IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANDRE CERRONE SCOTT,

    Petitioner,                  No. CIV S-10-2492 WBS GGH P

    vs.

MIKE McDONALD,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent, pursuant to the Order, filed on October 8, 2010, filed an answer, on December 6, 2010, after which petitioner did not file a reply/traverse but instead filed a motion for a stay. By Order, filed on June 23, 2011, petitioner's motion for a stay, pending exhaustion of additional claims, was denied.

        Accordingly, IT IS HEREBY ORDERED that petitioner must file any reply/traverse within twenty-eight days of the filed date of this order; upon the expiration of time for filing a reply/traverse, this matter will be deemed submitted.

DATED: June 28, 2011                          /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
scot2492.ord2