1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEANDRE CERRONE SCOTT,

11              Petitioner,                No. 2:10-cv-2492 WBS GGH P

12        vs.

13   MIKE McDONALD,

14              Respondent.                ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application pursuant to

17   28 U.S.C. § 2254.  Petitioner has filed a motion for leave to file an amended petition, in a matter

18   that had previously been deemed submitted.[1]  In opposition, respondent contends, inter alia, that

19   petitioner's proposed additional claims are unexhausted.  <u>See</u> Opposition.  Although petitioner

20   has attached a copy of a December 21, 2011, post-card denial by the state Supreme Court to his

21   proposed amended petition, he has not provided a copy of the habeas petition he put before the

22   state Supreme Court with respect to the proposed new claims.  As a threshold matter before the

23   _____

24        [1] Petitioner was granted leave to file a reply/traverse, by order filed on June 29, 2011,
     within 28 days, after which the petition was to be deemed submitted.  The traverse was filed on
     July 28, 2011.  The motion for leave to amend was filed on March 27, 2012.  Pursuant to the
25   court's order, filed on April 13, 2012, respondent filed a response (in the form of an opposition),
     on April 18, 2012, following which petitioner filed a reply, file-stamped May 30, 2012, which by
26   application of the mailbox rule, was filed on May 8, 2012.

                                      1

Case 2:10-cv-02492-WBS-GGH   Document 25   Filed 09/14/12   Page 2 of 2

undersigned will consider the pending motion, the court will require petitioner, within 28 days, to provide a copy of that state Supreme Court habeas petition in order to be able to determine whether or not petitioner's proposed additional claims have, in fact, been exhausted.

Accordingly, IT IS ORDERED that petitioner, within 28 days, submit a copy of the state court habeas petition he presented to the California Supreme Court through which he maintains all of the claims within his proposed amended petition have been exhausted.

DATED: September 13, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
scot2492.osc