IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANDRE CERRONE SCOTT,

    Petitioner,        No. 2:10-cv-2492 WBS AC P

    vs.

MIKE McDONALD,

    Respondent.      <u>ORDER</u>

_____/

    Petitioner has filed his second request for an extension of time to submit a copy of the state court habeas petition he presented in the California Supreme Court pursuant to the court's order of September 14, 2012.  Good cause appearing, the request will be granted.  No further extensions of time will be granted absent extraordinary circumstances.

    IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (Docket No. 29) is granted; and

    2. Petitioner is granted twenty-eight days from the date of this order in which to submit a copy of the state court habeas petition he presented in the California Supreme Court.  No further extensions of time will be granted absent extraordinary circumstances.

DATED: November 21, 2012

                                    /s/
                            ALLISON CLAIRE
                            UNITED STATES MAGISTRATE JUDGE

AC:009/md; scot2492.111.sec